UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
----------------------------------------------------------X  

In Re:

Christina Cosentino,

      Debtor.

----------------------------------------------------------X

RETURN DATE:    JANUARY 10, 2019  
TIME:    10:00 A.M.

Chapter 7

Case No. 818-76327-845

Notice of Hearing

    PLEASE TAKE NOTICE, that on January 10, 2019 at 10:00 a.m. the undersigned will move before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 970, Central Islip, New York 11722, or as soon thereafter as counsel can be heard for an Order: (a) authorizing Marc A. Pergament, Chapter 7 Trustee, to retain Premium Group Realty LLC as the Trustee's exclusive real estate broker; and (b) grant such other and further relief as this Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be

hand-delivered directly to the Chambers of the Honorable Robert E. Grossman, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato U.S. Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and filed with the Clerk of the Bankruptcy Court, with a copy to chambers on or before January 2, 2019.

Dated: Garden City, New York
       November 19, 2018

                              Weinberg, Gross & Pergament LLP
                              Attorneys for Trustee

By: _____
           Marc A. Pergament
           400 Garden City Plaza, Suite 403
           Garden City, New York  11530
           (516) 877-2424