UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                                Chapter 7

Christina Cosentino,                                          Case No. 818-76327-845

      Debtor.

-----------------------------------------------------------X

<u>Application in Support of Order Retaining Real Estate Broker</u>

TO:    The Honorable Louis A. Scarcella,
         United States Bankruptcy Judge

        The Application of Marc A. Pergament, Trustee, by his attorneys, Weinberg, Gross & Pergament LLP, respectfully represents:

        1.    That Applicant is the Trustee herein, duly qualified and acting as such.

        2.    The Trustee seeks authority to employ a real estate broker to sell the Debtor's real property known as 269 Waldo Street, Copiague, New York.

        3.    It will be necessary to retain a real estate broker to sell the debtor's real property known as 269 Waldo Street, Copiague, New York.

        4.    Applicant seeks to retain the services of Premium Group Realty LLC as his exclusive real estate broker to conduct the sale of the above mentioned property, pursuant to the rules of this Court, and that said real estate brokers be allowed total commission of six (6%) percent of the selling price, if they are the procuring cause of the sale. Premium Group Realty LLC will be responsible for marketing and negotiation the short sale with the first mortgagee. The broker's fee will be paid from the collateral of the first mortgagee and the Bankruptcy Estate will have no liability for that fee.

5. That Premium Group Realty LLC is experienced and knowledgeable in the sale of residential real estate.

6. To the best of Applicant's knowledge, Premium Group Realty LLC has no connection or business association with the Debtor, nor does it hold any interest adverse to this estate, and they are disinterested persons within the meaning of 11 U.S.C. Section 101(14) and 327(a).

WHEREFORE, Applicant requests that the Court sign the Order, for which no previous application has been made.

Dated: Garden City, New York
       November 19, 2018

_____
Marc A. Pergament, Trustee